# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

October 30, 2025

*By the Court:*

| | |
|---|---|
| No. 25-2937 | ILLINOIS POLICY INSTITUTE and TECHNOLOGY & MANUFACTURING ASSOCIATION,<br>Plaintiffs - Appellants<br><br>v.<br><br>JANE R. FLANAGAN,<br>Defendant - Appellee |
| **Originating Case Information:** | |
| District Court No: 1:24-cv-06976<br>Northern District of Illinois, Eastern Division<br>District Judge Franklin U. Valderrama | |

A preliminary review of the short record suggests that the district court has not entered a judgment under Rule 58 of the Federal Rules of Civil Procedure. Accordingly,

**IT IS ORDERED** that both appellants and appellee shall file, on or before November 6, 2025, a statement advising the court whether they will request in the district court that judgment be set out in a separate document. *See* Fed. R. Civ. P. 58(d).

form name: **c7_Order_BTC**   (form ID: **178**)