No. 25-2937

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| ILLINOIS POLICY INSTITUTE and THE TECHNOLOGY & MANUFACTURING ASSOCIATION, | ) Appeal from the United States ) District Court for the Northern ) District of Illinois, Eastern Division ) |
| Plaintiffs-Appellants, | ) ) |
| v. | ) No. 1:24-cv-06976 ) |
| JANE R. FLANAGAN, in her official capacity as Director of the Illinois Department of Labor, | ) ) ) ) The Honorable ) FRANKLIN U. VALDERRAMA, |
| Defendant-Appellee. | ) Judge Presiding. |

**JOINT STATEMENT**

The parties submit this joint statement as required by this court's October 30, 2025 order. 7th Cir. Doc. 2.[1] On November 4, 2025, defendant, with plaintiffs' consent, filed a motion in the district court under Fed. R. Civ. P. 58(d) requesting that judgment be set out in a separate document. Doc. 44. The district court granted that motion and entered judgment in a separate document that same day. Doc. 45; *see also Wis. Mut. Ins. Co. v. United States*, 441 F.3d 502, 504-05 (7th Cir. 2006) (explaining that the filing of notice of appeal before the entry of judgment in separate document "does not prevent [a] district court from finishing its work and rendering a final decision"). The parties therefore agree that this appeal is properly before this

---

[1] Entries on the district court's docket are cited as "Doc.," and entries on this court's docket are cited as "7th Cir. Doc."

court.  *See* Fed. R. App. P. 4(a)(2) ("A notice of appeal filed after the court announces a decision or order—but before the entry of the judgment or order—is treated as filed on the date of and after the entry.").

|  |  |
|---|---|
|  | Respectfully submitted, |
| By: /s/ Jeffrey M. Schwab<br>Jeffrey M. Schwab<br>LIBERTY JUSTICE CENTER<br>7500 Rialto Blvd., Suite 1-250<br>Austin, Texas 78735<br>512-481-4400<br>jschwab@ljc.org<br><br>Attorney for Plaintiffs-Appellants<br><br>November 5, 2025 | KWAME RAOUL<br>Attorney General<br>State of Illinois<br><br>/s/ R. Sam Horan<br>R. SAM HORAN<br>Assistant Attorney General<br>115 South LaSalle Street<br>Chicago, Illinois 60603<br>(312) 793-0797 (office)<br>(312) 405-5354 (cell)<br>Richard.Horan@ilag.gov<br><br>Attorneys for Defendant-Appellee |

## CERTIFICATE OF FILING AND SERVICE

 I certify that on November 5, 2025, I electronically filed the foregoing Joint Statement with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

 I further certify that the other participant in this appeal, named below, is a CM/ECF user and will be served via the CM/ECF system.

 Jeffrey M. Schwab
 jschwab@ljc.org

            */s/* R. Sam Horan
            R. SAM HORAN
            Assistant Attorney General
            115 South LaSalle Street
            Chicago, Illinois 60603
            (312) 793-0797 (office)
            (312) 405-5354 (cell)
            Richard.Horan@ilag.gov